Brownstein Hyatt Farber Schreck, LLP
Jonathan C. Sandler (State Bar No. 227532)
JSandler@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 310.500.4600
Facsimile: 310.500.4602

Attorneys for Defendant
THE WOLF FIRM, A LAW CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROSA CALDERON and JAVIER CALDERON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WOLF FIRM, A LAW CORPORATION,<br><br>Defendant. | Case No. 8:16-cv-01266-JLS-KES<br><br>Hon. Josephine L. Stanton<br><br>**JOINT STIPULATION RE SETTLEMENT AND REQUEST TO VACATE HEARING DATES AND SET ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiffs ROSA CALDERON and JAVIER CALDERON, Individually and on Behalf of all Others Similarly Situated ("Plaintiffs") and Defendant THE WOLF FIRM, A LAW CORPORATION ("Defendant") through their respective counsel, jointly submit this Stipulation to Vacate Hearing Dates and Set Order to Show Cause re Settlement.

WHEREAS, on May 1, 2017, the Court appointed mediator, Leonard L. Gumport, filed a Mediation Report (Docket No. 48) advising the Court that the mediation did not take place because the case settled before the mediation session occurred;

WHEREAS, this case is a proposed class action matter;

WHEREAS, counsel for the parties have been working in good faith to prepare the settlement documents as well as the paperwork related to class approval and notice to the class;

WHEREAS, this Court has set various deadlines, including a Final Status Conference on October 27, 2017 and trial on November 13, 2017; and

WHEREAS, counsel for the parties believe that good cause exists to vacate the dates currently set in this case in order to allow for the parties to finalize their settlement related and class related documents.

NOW THEREFORE, in consideration of the foregoing, Plaintiff and Defendant, through their respective attorneys of record, do hereby REQUEST, AGREE, AND STIPULATE as follows:

1. This matter has settled in principle subject to reaching an acceptable settlement agreement and law and motion related to class approval;

2. The parties request the Court vacate the scheduled hearing dates in this matter;

3. The parties request that the Court set a date for an Order to Show Cause re Settlement or Motion for Preliminary Approval 45 days from today's date or a date convenient to the court.

.

Dated: September 22, 2017

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Jonathan C. Sandler*
JONATHAN C. SANDLER
Attorneys for Defendant
THE WOLF FIRM, A LAW CORPORATION

15987859

2

JOINT STIPULATION RE SETTLEMENT AND REQUEST TO VACATE DATES AND SET OSC RE SETTLEMENT 8:16-CV-01266-JLS-KES

Dated: September 22, 2017   KAZEROUNI LAW GROUP, APC

By: */s/ Matthew M. Loker*
MATTHEW M. LOKER
Attorneys for Plaintiffs
ROSA CALDERON and JAVIER CALDERON, Individually and on Behalf of all Others Similarly Situated

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this motion is submitted, concur in the filing's content and have authorized the filing.

Dated: September 22, 2017   BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Jonathan C. Sandler*
JONATHAN C. SANDLER
Attorneys for Defendant
THE WOLF FIRM, A LAW CORPORATION