UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROSA CALDERON and JAVIER CALDERON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE WOLF FIRM, A LAW CORPORATION,<br><br>    Defendant. | Case No.  8:16-cv-01266-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES AND SETTING DEADLINE FOR FILING OF A MOTION FOR PRELIMINARY APPROVAL** |

1        Having considered the parties' Joint Stipulation, and for good cause
2   appearing, the Court VACATES all remaining deadlines and dates in this case.
3        The parties are directed to file a Joint Motion for Preliminary Approval of
4   Class Settlement no later than 45 days of the entry of this Order.  The filing party
5   shall notice the hearing for the first available motions hearing date, but no earlier
6   than twenty-one days after the filing of the Joint Motion.

7
8        IT IS SO ORDERED.
9        Dated:  September 29, 2017

10                                            Hon. JOSEPHINE L. STATON
11                                            United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28