___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 16-1266-JLS (KESx)　　　　　　　　　　Date: January 24, 2018
Title: Rosa Calderon et al. v. The Wolf Firm, A Law Corporation

___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　　　Not Present　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS RE: PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL (Doc. 51)**

　　　On January 10, 2018, the Court ordered the parties to submit additional evidence of the Wolf Firm's net worth for its review. (Order, Doc. 59.) That Order followed a December 12, 2017 Order for "explication of Defendant's net worth" that would help the Court to determine if the proposed settlement agreement is fair, reasonable, and adequate. (Order, Doc. 53.)

　　　Plaintiffs filed an additional document on January 12, 2018, purporting to respond to the Court's order. However, accompanying the document was no briefing explaining its contents. Nor have the parties offered any explanation for how the figures in the document relate to proposed total figure of $1,785.24 available to class members in settlement. (Mem., Doc. 51-1 at 14.) The parties asserted in their Motion for Preliminary Approval that damages in FDCPA class actions are statutorily capped at "the lesser of $500,000 or 1 per centum of the net worth of the debt collector." (*Id.* at 23-24 (citing 15 U.S.C. § 1692k).) The Court would therefore expect there to be some explanation of how the Wolf Firm's documented net worth relates to the proposed settlement portion available to class members.

　　　The Court therefore again ORDERS the parties, within **seven (7) days** of this Order, to provide supplemental briefing and documentation that addresses the concerns outlined in the Court's prior orders. Failure to comply fully with this order may result in the imposition of sanctions.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: tg

___