# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA CALDERON; AND, JAVIER CALDERON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>THE WOLF FIRM, A LAW CORPORATION,<br><br>Defendant. | Case No.: SACV16-1266 JLS (KESx)<br><br>JUDGMENT<br><br>HON. JOSEPHINE L. STATON |

Settlement Class Representatives ROSA CALDERON; and, JAVIER CALDERON ("Plaintiffs") allege that Defendant THE WOLF FIRM, A LAW CORPORATION ("Wolf Firm") violated the Fair Debt Collection Practices Act; and, Rosenthal Fair Debt Collection Practices Act in the Wolf Firm's initial written communication with consumers. The Parties entered into a Settlement Agreement which was finally approved as follows:

1. The consumers who submitted a claim shall receive $15.66 each;
2. Plaintiffs shall each receive $750.00 as an incentive award;
3. The Claims Administrator shall receive $5,800 for costs of settlement administration;
4. Class counsel shall receive $55,641.76 in attorneys' fees and $773.00 in costs.

In exchange, all class members' claims shall be dismissed with prejudice in accordance with Article 7 of the Parties' Settlement Agreement.

IT IS SO ORDERED that the Clerk is directed to enter a judgment of dismissal with prejudice.

Date: September 26, 2018    _____

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE