# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA CALDERON; AND, JAVIER CALDERON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>THE WOLF FIRM, A LAW CORPORATION,<br><br>Defendant. | Case No.: 8:16-cv-01266 JLS (KESx)<br><br>ORDER<br><br>HON. JOSEPHINE L. STATON |

Following review of the Parties' Stipulation, and for good cause,

**IT IS HEREBY ORDERED THAT:**

The $814.32 remaining in the Settlement Fund shall be disbursed to the Legal Aid Society of Orange County & Community Legal Services of Southeast Los Angeles County.

Dated: April 23, 2019

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE